THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING BECKER, Appellant.— Judgment of the County Court of Rockland county, convicting the defendant of the crime of robbery in the first degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BAITLO CAPPADONA, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of the crimes of endangering the morals of a child and indecent exposure, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT MEEKS, Also Known as ROBERT EMMET MEEKS, Appellant.— Judgment of the County Court of Queens county, convicting the defendant of the crime of carnal abuse of a female child, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FERDINAND MOREL, Appellant.— Appeal by defendant from a judgment of conviction of the crimes of bribery and of violation of section 1826 of the Penal Law (taking unlawful fees). Judgment of conviction of the County Court of Nassau County unanimously affirmed. The sentence for violation of section 1826 of the Penal Law is reversed on the law and annulled. The sentence for bribery is approved and affirmed. The defendant could not have been sentenced under more than one count. (*People v. Goggin* and *People v. Murphy*, 256 App. Div. 995; affd., 281 N. Y. 611.) Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

ESTHER GOOLD SCHULTZ, Respondent, v. MICHAEL SCHULTZ, Appellant.— In an action for a separation, order granting plaintiff's motion for an examination of the defendant before trial and requiring the production of certain books and records reversed on the law, without costs, and motion denied, without costs. (*Galusha v. Galusha*, 138 N. Y. 272, 281, 282; *Van Valkenburgh v. Van Valkenburgh*, 149 App. Div. 482, 484; *Mendel v. Mendel*, 230 id. 869.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

SALVATORE ZUCCARELLO, as Administrator, etc., of NATALE ZUCCARELLO, Deceased, Respondent, v. HYMAN BERGSON, Defendant, and THE CITY OF NEW YORK, Appellant.— In an action to recover damages for the death of plaintiff's intestate, a ten-year-old boy, who was run over and killed by a truck owned and operated by defendant Bergson, plaintiff joined the City of New York as a party defendant on the theory that Bergson lost control of the truck after striking a hole in the street pavement, thereby causing the truck to strike the decedent. The jury returned a verdict in favor of the plaintiff and against appellant city and in favor of defendant Bergson. Judgment, in so far as it permits a recovery against appellant City of New York, reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event, on the ground that the verdict against appellant was against the weight of the credible evidence. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.